UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

PAULINE B. SCHROEDER,

    Plaintiff,

v.

INTEGRITY FINANCIAL PARTNERS, INC.,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, PAULINE B. SCHROEDER, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant, INTEGRITY FINANCIAL PARTNERS, INC., is a limited liability company and citizen of the State of Kansas with its principal place of business at Suite 100, 4370 West 109th Street, Overland Park, Kansas 66211.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on her residential telephone on or about the dates stated:

> September 12, 2009 at 10:48 AM
> This message is for Pauline Schroeder. My name is Doug Pike. I do need to speak with you in regards to a personal business matter of yours that has come across my desk. (Inaudible) needs your immediate attention. The number is 866-951-8061, my direct extension is 2024. 866-951-8061, my direct extension is 2024. It is important I speak with you today.

> October 9, 2009 at 12:12 PM

This call's an attempt to contact Pauline Schroeder. It is very important that we receive a response to this message today. Please call 866-951-8061, the number again is 866-951-8061.

October 12, 2009 at 2:27 PM
This message is for Pauline Schroeder. Pauline, it is important I speak with you today. My toll free number 866-951-8061, again that toll free number Pauline, 866-951-8061. Thank you.

October 16, 2009 at 12:12 PM
Hi, this is Andrea and I'm trying to get in contact with Pauline Schroeder. It is very important that a response is made to this call today. My phone number here is 866- 951-8061. Again that number is 866-951-8061. Thank you.

October 20, 2009 at 11:40 AM
This message is for Pauline Schroeder. Pauline, it is important that I speak to you today. My toll free number is 866-951-8061. Again, that toll free number is 866-951-8061. Thank you.

October 22, 2009 at 1:05 PM
Hi, this is Andrea. This is an attempt to get in contact with Pauline Schroeder. It is very important that a response is made to this call today. My phone number here is 866-951-8061. Again, the number 866-951-8061.

October 27, 2009 at 12:11 PM
Hi, this is Andrea. This is an attempt to get in contact with Pauline Schroeder. It is very important that a response is made to this call today. My phone number here is 866-951-8061. Again, the number is 866-951-8061. Thank you.

November 4, 2009 at 7:40 PM
Yes, this message is for Pauline. My name is Doug Pike. I do need to speak with you in regards to a personal business matter of yours that has come across my desk. It does need your immediate attention. The number here is 866-951-8061, my direct extension is 2223. That's 866-951-8061 and my direct extension is 2223. It is important that I speak with you today.

November 6, 2009 at 12:05 PM

Hi, Pauline Schroeder. This is Amy (inaudible), ah I was retained as of today. I need to speak with you or someone representing you on your behalf. My number is 1-866-951-8061.

December 9, 2009 at 12:41 PM
This message is for Pauline Schroeder. My name is Rochelle. I do need for you to return my phone number, phone call, sorry, at 866-951-8061.

December 22, 2009 at 2:27 PM
Hi, this is Andrea from Integrity Financial and this an attempt to get in contact with Pauline Schroeder. It is very important that a response is made to this call today. My phone number here is 866-951-8061. Thank you.

December 28, 2009 at 2:02 PM
Hi, this is Andrea from Integrity Financial and this is an attempt to get in contact with Pauline Schroeder. It is very important that a response is made to this call today. My phone number is here is 866-951-8061. Again, that number was 866-951-8061. Thank you.

January 6, 2010 at 2:50 PM – Pre-Recorded Message
80.

January 11, 2010 at 4:54 PM – Pre-Recorded Message
980.

January 19, 2010 at 4:52 PM – Pre-Recorded Message
Important business matter. We are a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. This is not a solicitation. Your response is required or reach us on the web at www.gotomls.com. When returning our call, please use following reference number:  09786980.

January 26, 2010 at 3:51 PM – Pre-Recorded Message
980.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.</u>, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18. Plaintiff incorporates Paragraphs 1 through 13.

19. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See <u>Sanchez v. Client Servs</u>., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20.    Plaintiff incorporates Paragraphs 1 through 13.

21.    Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22. Plaintiff incorporates Paragraphs 1 through 13.

23. By failing to disclose its name, that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit;

  c. declaring that Defendant's practices violate the FCCPA;

  d. permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Ft. Lauderdale, FL 33339

                        Telephone: 954-537-2000
                        Facsimile: 954-566-2235
                        donyarbrough@mindspring.com


                  By: <u>s/ Donald A. Yarbrough</u>
                      Donald A. Yarbrough, Esq.
                      Florida Bar No. 0158658